

ORIGINAL

**FILED**

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0067

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL DEAN ALBERT,

Defendant and Appellant.

**FILED**

JUN 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appearing on his own behalf, Appellant Michael Albert filed the opening brief on appeal on June 30, 2021. Appellant's brief asks this Court to review a potential discrepancy between his sentence imposed and the sentence in the State records. Though this Court attempts to give some leeway to self-representing litigants, there are certain requirements of the Rules of Appellate Procedure that are essential to its ability to consider an appeal. After reviewing the Appellant's opening brief, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Accordingly,

IT IS HEREBY ORDERED that Appellant's opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellant's brief must:

1. Include in the cover page, the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of the respective counsel for the parties or for the parties if they are proceeding without counsel, pursuant to Rule 11(6)(b)(v).

2. Include contents set forth in Rule 12(1). The brief should contain separate sections for the following:
    a. A statement of issues presented for review. The statement of the issues are questions that tell the Court what mistake(s) the district court made;
    b. A summary of the argument you will make to the Court;
    c. A statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at

which material facts appear;

    i. You may not rely on any facts that the district court did not have before it. Therefore, the brief must include references to the record on appeal—for example, Transcript, p. 231; Judgment, p. 3; or Order Denying Hearing, p. 2—pursuant to Rule 12(9);

d. An argument containing the Appellant's contentions with respect to the issues presented and citations to the authorities, statutes, and pages of the record relied upon.

e. A short conclusion stating the precise relief sought.

Therefore,

IT IS ORDERED that the signed original of the referenced brief be returned for revisions necessary to comply with the specified Rules; the Court will make the additional nine copies;

IT IS FURTHER ORDERED that a signed original of the revised brief ordered herein be filed within **twenty (20) days** of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to mail a true copy of this Order, together with all copies of Appellant's brief referenced herein, to Appellant and to mail a true copy of this Order to all counsel and/or parties upon whom the brief was served, and to provide a copy of the *Civil Handbook* to Appellant.

DATED this 30th day of June, 2021.

For the Court,

By _____

Justice